```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
DEVIN ALEXANDER,                                                 :
                                                                 :
                              Petitioner,                        :
                                                                 :        20-cv-1487 (LJL)
       -v-                                                       :
                                                                 :           ORDER
MARK ROYCE, ET AL.,                                              :
                                                                 :
                              Respondent.                        :
                                                                 :
---------------------------------------------------------------- :
                                                                 X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2020

LEWIS J. LIMAN, United States District Judge:

Pursuant to the Rules Governing Section 2254 Cases in the United States District Courts, "[t]he respondent must attach to the answer parts of the transcript that the respondent considers relevant. The judge may order that the respondent furnish other parts of existing transcripts or that parts of untranscribed recordings be transcribed and furnished." Fed. R. Governing § 2254 Cases 5(c). Furthermore, "[t]he respondent must also file with the answer a copy of . . . the opinions and dispositive orders of the appellate court relating to the conviction or the sentence." *Id*. at 5(d). Respondents claim to have already submitted transcripts of the trial and *voir dire* to the Court, *see* Dkt. No. 15 at 1; although the Court has received certain transcript excerpts, *see* Dkt. Nos. 19–24, these are not a complete transcript and do not include any part of the *voir dire* proceeding.

IT IS HEREBY ORDERED that by July 1, 2020, Respondent shall file on ECF a full transcript of Petitioner's trial in *People v. Alexander*, Sup. Ct., Bronx County, Jan. 17, 2014, Fabrizio, J., indictment No. 2948/2008; a full transcript of the *voir dire* preceding Petitioner's trial, including any colloquy regarding Petitioner's *Batson* challenges; and the full opinion issued on Petitioner's appeal, in *People v. Alexander*, 92 N.Y.S.3d 41 (App. Div. 2019).

IT IS FURTHER ORDERED that Respondent shall serve paper copies of the above-mentioned documents on Petitioner and file an affidavit of service with the Court.

IT IS FURTHER ORDERED that Petitioner's time to file and serve reply papers, if any, is extended to August 5, 2020.

A copy of this order will be mailed to Petitioner by the Court's chambers.

SO ORDERED.

Dated: June 24, 2020         _____
       New York, New York              LEWIS J. LIMAN
                                 United States District Judge