**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEVIN ALEXANDER,

                                  Petitioner,                        20 **CIVIL** 1487 (LJL)


              -against-                                          <u>**JUDGMENT**</u>


MARK ROYCE, SUPERINDENDENT, GREEN
HAVEN CORRECTIONAL FACILITY, et al.,
                                          Defendants.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 30, 2021, the petition is DENIED. The

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be

taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal.

See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:**  New York, New York
            March 30, 2021


                                            **RUBY J. KRAJICK**
                                  _____
                                            **Clerk of Court**
                        **BY:**       K. Mango
                                  _____
                                            **Deputy Clerk**